UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONCEPCION CARRILLO,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER JR., Attorney General,<br><br>Respondent. | No. 09-73777<br><br>Agency No. A076-804-563<br><br>ORDER AMENDING MEMORANDUM |

Before: GRABER and M. SMITH, Circuit Judges, and BENITEZ,[*] District Judge.

The memorandum disposition filed June 21, 2011, is amended as follows:

On page 2, last paragraph, lines 1-2, change "In light of our decision in Carrillo de Palacios v. Holder, No. 09-72059, filed this date," to "In light of our decision in Carrillo de Palacios v. Holder, No. 09-72059, filed simultaneously with this amended memorandum disposition,".

The filing of a petition for rehearing and rehearing en banc shall remain due within 14 days after the mandate issues in Garfias-Rodriguez v. Holder, No. 09-72603.

---

[*] The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.